Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  20−23171−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Smith
   657 E Grand Ave
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−2987

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/30/20 and a confirmation hearing on such Plan has been scheduled for 2/10/21.

The debtor filed a Modified Plan on 3/24/21 and a confirmation hearing on the Modified Plan is scheduled for 04/28/2021 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 25, 2021
JAN: wdh

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-23171-SLM
Jacqueline Smith                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                          Page 1 of 4
Date Rcvd: Mar 25, 2021                     Form ID: 186                         Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Smith, 657 E Grand Ave, Rahway, NJ 07065-5705 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, FEIN, SUCH, KAHN & SHEPARD, PC, 7 CENTURY DRIVE, SUITE 201, PARSIPPANY, NJ 07054-4673 |
| 519036223 | + | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519036225 | + | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 519036226 | + | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519058093 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519036230 | + | COMMERCIAL ACCEPTANCE COMPANY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 519052479 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519036238 | + | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519036239 | + | MIDLAND FUNDING, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519053465 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519036242 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 519036247 | + | SPECIALIZED LOAN SERVICING/SLS, 8742 LUCENT BLVD, HIGHLANDS RANCH, CO 80129-2386 |
| 519050535 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519036257 | + | TD AUTO FINANCE, PO BOX 9223, FARMINGTON, MI 48333-9223 |
| 519036258 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US BANK/RMS CC, ATTN: BANKRUPTCY, PO BOX 5229, CINCINNATI, OH 45201 |
| 519036260 | + | Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2021 22:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2021 22:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2021 22:27:37 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519036221 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2021 22:57:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 519082446 | + | Email/Text: g20956@att.com | Mar 25 2021 22:59:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519036227 | + | Email/PDF: ais.bmw.ebn@americaninfosource.com | Mar 25 2021 22:39:17 | BMW BANK OF NORTH AMER, ATTN: BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016-0306 |
| 519036228 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Mar 25 2021 22:51:08 | BMW FINANCIAL SERVICES, ATTN: |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016 |
| 519036231 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2021 22:38:46 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519036232 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 25 2021 22:27:52 | DELL FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 81577, AUSTIN, TX 78708 |
| 519036234 | + | Email/Text: mrdiscen@discover.com | Mar 25 2021 22:57:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519036235 | + | Email/Text: dplbk@discover.com | Mar 25 2021 22:59:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 519040058 | | Email/Text: mrdiscen@discover.com | Mar 25 2021 22:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519036233 | + | Email/Text: mrdiscen@discover.com | Mar 25 2021 22:57:00 | Discover Fin-, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 519046374 | + | Email/Text: dplbk@discover.com | Mar 25 2021 22:59:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519036236 | + | Email/Text: bknotice@ercbpo.com | Mar 25 2021 22:59:00 | ENHANCED RECOVERY CORP, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 519036237 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Mar 25 2021 22:57:00 | GATEWAY ONE LENDING & FINANCE, 175 NORTH RIVERVIEW DRIVE, SUITE 100, ANAHEIM, CA 92808 |
| 519036229 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 25 2021 22:26:58 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519039269 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2021 22:27:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519043742 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2021 22:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519102580 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2021 22:57:00 | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 519036240 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2021 22:57:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 519036241 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2021 22:50:53 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLD, VA 23502 |
| 519105965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2021 22:39:05 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519036244 | + | Email/Text: collections1@primewayfcu.com | Mar 25 2021 22:59:00 | PRIMEWAY FCU, ATTN: BANKRUPTCY, PO BOX 53088, HOUSTON, TX 77052-3088 |
| 519036245 | + | Email/Text: bankruptcy@prosper.com | Mar 25 2021 22:59:00 | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 519036246 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2021 22:39:23 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 519036248 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:26:27 | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036249 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:26:28 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036250 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:38:14 | SYNCHRONY BANK / HH GREGG, ATTN: |

Case 20-23171-SLM    Doc 29    Filed 03/27/21    Entered 03/28/21 00:14:42    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 186 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036251 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:26:27 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO B 965064, ORKANDO, FL 32896-5064 |
| 519036252 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:26:28 | SYNCHRONY BANK/CARECREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036253 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:26:27 | SYNCHRONY BANK/FLEX LC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036254 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:26:34 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036255 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:38:18 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036256 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:38:18 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 519105905 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:26:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519037417 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 22:26:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519036258 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 25 2021 22:58:00 | US BANK/RMS CC, ATTN: BANKRUPTCY, PO BOX 5229, CINCINNATI, OH 45201 |
| 519036259 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 25 2021 22:58:00 | WESTLAKE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES, CA 90076-0809 |
| 519111739 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 25 2021 22:58:00 | Westlake Financial Services, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |
| 519045431 | + | Email/PDF: bk@worldacceptance.com | Mar 25 2021 22:39:18 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519036222 | *+ | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 519036224 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519036243 | *+ | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 186 | Total Noticed: 57 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jacqueline Smith ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5