Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20−23171−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Smith
   657 E Grand Ave
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−2987

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 27, 2021.

Dated: May 27, 2021
JAN: ntp

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jacqueline Smith  
    Debtor

Case No. 20-23171-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: May 28, 2021      Form ID: plncf13      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Smith, 657 E Grand Ave, Rahway, NJ 07065-5705 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, FEIN, SUCH, KAHN & SHEPARD, PC, 7 CENTURY DRIVE, SUITE 201, PARSIPPANY, NJ 07054-4673 |
| 519036223 | + | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519036225 | + | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 519036226 | + | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519058093 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519036230 | + | COMMERCIAL ACCEPTANCE COMPANY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 519052479 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519036242 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 519036247 | + | SPECIALIZED LOAN SERVICING/SLS, 8742 LUCENT BLVD, HIGHLANDS RANCH, CO 80129-2386 |
| 519050535 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519036257 | + | TD AUTO FINANCE, PO BOX 9223, FARMINGTON, MI 48333-9223 |
| 519036260 | + | Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 28 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 28 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 28 2021 21:44:46 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519036221 | + | Email/Text: ally@ebn.phinsolutions.com | May 28 2021 21:24:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 519082446 | + | Email/Text: g20956@att.com | May 28 2021 21:27:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519036227 | + | Email/PDF: ais.bmw.ebn@americaninfosource.com | May 28 2021 21:43:07 | BMW BANK OF NORTH AMER, ATTN: BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016-0306 |
| 519036228 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | May 28 2021 21:43:07 | BMW FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016 |
| 519036231 | + | Email/PDF: creditonebknotifications@resurgent.com | May 28 2021 21:42:59 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519036232 | | Email/PDF: DellBKNotifications@resurgent.com | | |

Case 20-23171-SLM    Doc 35    Filed 05/30/21    Entered 05/31/21 00:17:37    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: plncf13 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | May 28 2021 21:43:58 | DELL FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 81577, AUSTIN, TX 78708 |
| 519036234 | + | Email/Text: mrdiscen@discover.com | May 28 2021 21:24:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519036235 | + | Email/Text: dplbk@discover.com | May 28 2021 21:26:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 519040058 | | Email/Text: mrdiscen@discover.com | May 28 2021 21:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519036233 | + | Email/Text: mrdiscen@discover.com | May 28 2021 21:24:00 | Discover Fin-, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 519046374 | + | Email/Text: dplbk@discover.com | May 28 2021 21:26:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519036236 | + | Email/Text: bknotice@ercbpo.com | May 28 2021 21:26:00 | ENHANCED RECOVERY CORP, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 519036237 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | May 28 2021 21:24:00 | GATEWAY ONE LENDING & FINANCE, 175 NORTH RIVERVIEW DRIVE, SUITE 100, ANAHEIM, CA 92808 |
| 519036229 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 28 2021 21:42:55 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 519039269 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2021 21:43:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519036238 | + | Email/Text: bankruptcydpt@mcmcg.com | May 28 2021 21:26:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519036239 | + | Email/Text: bankruptcydpt@mcmcg.com | May 28 2021 21:26:00 | MIDLAND FUNDING, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519053465 | + | Email/Text: bankruptcydpt@mcmcg.com | May 28 2021 21:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519043742 | + | Email/Text: bankruptcydpt@mcmcg.com | May 28 2021 21:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519102580 | | Email/Text: Bankruptcy.Notices@pnc.com | May 28 2021 21:24:00 | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 519036240 | | Email/Text: Bankruptcy.Notices@pnc.com | May 28 2021 21:24:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 519036241 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2021 21:44:43 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLD, VA 23502 |
| 519105965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2021 21:44:43 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519036244 | + | Email/Text: collections1@primewayfcu.com | May 28 2021 21:27:00 | PRIMEWAY FCU, ATTN: BANKRUPTCY, PO BOX 53088, HOUSTON, TX 77052-3088 |
| 519036245 | + | Email/Text: bankruptcy@prosper.com | May 28 2021 21:27:00 | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 519036246 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2021 21:43:59 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 519036248 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:42:48 | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036249 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:40 | SYNCB/LORD & TAYLOR, ATTN: |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036250 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:42:49 | SYNCHRONY BANK / HH GREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036251 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:39 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO B 965064, ORKANDO, FL 32896-5064 |
| 519036252 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:39 | SYNCHRONY BANK/CARECREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036253 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:39 | SYNCHRONY BANK/FLEX LC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036254 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:40 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036255 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:40 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036256 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:40 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 519105905 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519037417 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519036258 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 28 2021 21:26:00 | US BANK/RMS CC, ATTN: BANKRUPTCY, PO BOX 5229, CINCINNATI, OH 45201 |
| 519036259 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 28 2021 21:26:00 | WESTLAKE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES, CA 90076-0809 |
| 519111739 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 28 2021 21:26:00 | Westlake Financial Services, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |
| 519045431 | + | Email/PDF: bk@worldacceptance.com | May 28 2021 21:43:07 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519036222 | *+ | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 519036224 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519036243 | *+ | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 28, 2021 | Form ID: plncf13 | Total Noticed: 57 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jacqueline Smith ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5