Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−23171−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jacqueline Smith
657 E Grand Ave
Rahway, NJ 07065

Social Security No.:
xxx−xx−2987

Employer's Tax I.D. No.:

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

TO: Jacqueline Smith
    Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: March 30, 2026
JAN:

Jeanne Naughton, Clerk