**Information to identify the case:**

Debtor 1   Jacqueline Smith

First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–2987
EIN   __–_____

Social Security number or ITIN   ____
EIN   __–_____

United States Bankruptcy Court   District of New Jersey

Case number:   20–23171–SLM

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jacqueline Smith

4/28/26

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W   **Chapter 13 Discharge**   page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23171-SLM |
| Jacqueline Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 28, 2026 | Form ID: 3180W | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Smith, 657 E Grand Ave, Rahway, NJ 07065-5705 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, FEIN, SUCH, KAHN & SHEPARD, PC, 7 CENTURY DRIVE, SUITE 201, PARSIPPANY, NJ 07054-4609 |
| cr | + | Shellpoint Mortgage Servicing as servicer for Fede, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 519036237 | + | GATEWAY ONE LENDING & FINANCE, 175 NORTH RIVERVIEW DRIVE, SUITE 100, ANAHEIM, CA 92808-1225 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2026 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2026 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Apr 29 2026 00:46:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519036221 | + | EDI: GMACFS.COM | Apr 29 2026 00:46:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 519036223 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2026 21:11:46 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519082446 | + | EDI: ATTWIREBK.COM | Apr 29 2026 00:46:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519036225 | + | EDI: BANKAMER | Apr 29 2026 00:46:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 519036226 | + | EDI: TSYS2 | Apr 29 2026 00:46:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519036227 | + | EDI: BMW.COM | Apr 29 2026 00:46:00 | BMW BANK OF NORTH AMER, ATTN: BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016-0306 |
| 519036228 | | EDI: BMW.COM | Apr 29 2026 00:46:00 | BMW FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 3608, DUBLIN, OH 43016 |
| 519058093 | + | EDI: BANKAMER2 | | |

| | | | Date/Time | Address |
|---|---|---|---|---|
| 519036229 | + | EDI: JPMORGANCHASE | | |
| | | | Apr 29 2026 00:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| | | | Apr 29 2026 00:46:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 519036230 | + | Email/Text: dylan.succa@commercialacceptance.net | | |
| | | | Apr 28 2026 20:59:00 | COMMERCIAL ACCEPTANCE COMPANY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 519036231 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 28 2026 21:11:26 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519036232 | | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | | Apr 28 2026 21:11:37 | DELL FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 81577, AUSTIN, TX 78708 |
| 519036234 | + | EDI: DISCOVER | | |
| | | | Apr 29 2026 00:46:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519036235 | + | EDI: DISCOVERPL | | |
| | | | Apr 29 2026 00:46:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 519040058 | | EDI: DISCOVER | | |
| | | | Apr 29 2026 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519036233 | + | EDI: DISCOVER | | |
| | | | Apr 29 2026 00:46:00 | Discover Fin-, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 519046374 | + | EDI: DISCOVERPL | | |
| | | | Apr 29 2026 00:46:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520314963 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Apr 28 2026 20:59:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520314962 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Apr 28 2026 20:59:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 521072099 | + | EDI: JPMORGANCHASE | | |
| | | | Apr 29 2026 00:46:00 | JPMorgan Chase Bank NA, PO Box 15368, Wilmington, DE 19850-5368 |
| 519052479 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Apr 28 2026 20:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519039269 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 28 2026 21:11:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519036238 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 28 2026 20:59:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519036239 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 28 2026 20:59:00 | MIDLAND FUNDING, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519053465 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 28 2026 20:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519043742 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 28 2026 20:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519102580 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 28 2026 20:58:00 | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 519036240 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 28 2026 20:58:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, PO BOX 8819, DAYTON, OH 45401 |
| 519036241 | | EDI: PRA.COM | | |

District/off: 0312-2      User: admin      Page 3 of 5

Date Rcvd: Apr 28, 2026      Form ID: 3180W      Total Noticed: 61

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Apr 29 2026 00:46:00 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLD, VA 23502 |
| 519105965 | EDI: PRA.COM | Apr 29 2026 00:46:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519036242 | Email/Text: signed.order@pfwattorneys.com | Apr 28 2026 20:58:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519036244 | + Email/Text: collections1@primewayfcu.com | Apr 28 2026 21:00:00 | PRIMEWAY FCU, ATTN: BANKRUPTCY, PO BOX 53088, HOUSTON, TX 77052-3088 |
| 519036245 | Email/Text: ProsperBK@prosper.com | Apr 28 2026 20:59:00 | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105 |
| 519036246 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2026 21:11:38 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 519036247 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 28 2026 20:59:00 | SPECIALIZED LOAN SERVICING/SLS, 8742 LUCENT BLVD, HIGHLANDS RANCH, CO 80129 |
| 519036248 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036249 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036250 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCHRONY BANK / HH GREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036251 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO B 965064, ORKANDO, FL 32896-5064 |
| 519036252 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCHRONY BANK/CARECREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036253 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCHRONY BANK/FLEX LC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036254 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036255 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519036256 | + EDI: SYNC | Apr 29 2026 00:46:00 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 519050535 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 28 2026 20:59:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519273449 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 28 2026 20:59:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519105905 | + EDI: PRA.COM | Apr 29 2026 00:46:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519037417 | + EDI: AIS.COM | Apr 29 2026 00:46:00 | Synchrony Bank, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519036257 | + EDI: LCITDAUTO | Apr 29 2026 00:46:00 | TD AUTO FINANCE, PO BOX 9223, FARMINGTON, MI 48333-9223 |

District/off: 0312-2

Date Rcvd: Apr 28, 2026

User: admin

Form ID: 3180W

Page 4 of 5

Total Noticed: 61

| 519036258 | EDI: USBANKARS.COM | Apr 29 2026 00:46:00 | US BANK/RMS CC, ATTN: BANKRUPTCY, PO BOX 5229, CINCINNATI, OH 45201 |
|---|---|---|---|
| 519036259 | + Email/Text: bankruptcynotice@westlakefinancial.com | Apr 28 2026 21:00:00 | WESTLAKE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES, CA 90076-0809 |
| 519111739 | + Email/Text: bankruptcynotice@westlakefinancial.com | Apr 28 2026 21:00:00 | Westlake Financial Services, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |
| 519045431 | + Email/Text: bk@worldacceptance.com | Apr 28 2026 21:00:00 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |
| 519036260 | + Email/Text: bkfilings@zwickerpc.com | Apr 28 2026 21:00:00 | Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 57

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519036222 | *+ | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 519036224 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519036243 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519273448 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519036236 | ##+ | ENHANCED RECOVERY CORP, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| R. A. Lebron | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |

District/off: 0312-2

User: admin

Page 5 of 5

Date Rcvd: Apr 28, 2026

Form ID: 3180W

Total Noticed: 61

Russell L. Low

on behalf of Debtor Jacqueline Smith ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Sherri R. Dicks

on behalf of Creditor Shellpoint Mortgage Servicing as servicer for Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 sdicks@raslg.com, shrdlaw@hotmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8